**BURSEY & ASSOCIATES, P.C.**
3443 N. Campbell Avenue, Suite 155
Tucson, AZ 85719
Phone (520) 529-3600 | Fax (520) 529-1001
litigation@bursey.org
Jason J. LeRoy SBN 026676

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>**PROCEEDINGS TO ENFORCE FED. R. BANKR. P. 9036.** | Case No. 2:22-mp-00002-EPB<br><br>STATEMENT CONFIRMING REGISTRATION FOR ELECTRONIC BANKRUPTCY NOTICING |

This Statement is filed on behalf of Bursey & Associates, P.C.

The entity identified above registered for electronic bankruptcy noticing on January 4, 2023. The entity has attached to this statement a copy of the confirmation email it received from the Bankruptcy Noticing Center reflecting that it has completed its registration for electronic noticing. By registering for electronic bankruptcy noticing, the entity has agreed to receive its bankruptcy notices from the U.S. Bankruptcy Courts at the email address identified on the attached confirmation email from the Bankruptcy Noticing Center.

The individual signing this statement represents that the individual is an authorized agent of the entity identified above.

Dated: JAN 0 6 2022

BURSEY & ASSOCIATES, P.C.

By_____
___ Jason J. LeRoy SBN 026676
___ Jennifer E. Wiedle SBN 026143
_✓_ Esther B. Simon SBN 010722
___ Douglas W. Friman SBN 029669

**Gina Gruver**

| | |
|---|---|
| **From:** | bncedi@noticingcenter.com |
| **Sent:** | Wednesday, January 4, 2023 9:41 AM |
| **To:** | litigation |
| **Subject:** | Welcome to Electronic Bankruptcy Noticing 189824-29526 [p-188226757] |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Welcome to the Bankruptcy Noticing Center (BNC) Services and thank you for signing up to receive your bankruptcy notices electronically from the BNC. Electronic Bankruptcy Noticing (EBN) is a FREE service provided by the U.S. Bankruptcy Courts that allow court notices to be transmitted electronically, delivering them faster and more conveniently to you.

Below is your account information:
Account Number: 189824 - 29526
Account Name: BURSEY & ASSOCIATES PC

The point of contact listed on your agreement will have received an email with their username and password to access our online portal at https://bankruptcynotices.uscourts.gov. From this website, you can review your account information, request changes, and add additional users to access your account.

If you have any questions, please contact us.

Sincerely,

The Bankruptcy Noticing Center Support Team
(877) 837-3424
ebn@baesystems.com
https://bankruptcynotices.uscourts.gov

Please note this email address is not a monitored email address.