Jessica J. Fotinos (Bar # 019777)
General Counsel and Public Information Officer
Clerk of the Superior Court for Maricopa County
620 West Jackson Street, 3rd Floor
Phoenix, AZ 85003
Phone: 602-506-2309
Email: jessica.fotinos@maricopa.gov

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br>PROCEEDINGS TO ENFORCE FED. R. BANKR.P. 9036. | 2:22-mp-00002-EPB |

**STATEMENT CONFIRMING REGISTRATION**
**FOR ELECTRONIC BANKRUPTCY NOTICING**

      This Statement is filed on behalf of The Clerk of the Superior Court for Maricopa County, 620 W. Jackson Street, Phoenix, Arizona 85003-2203.

      The entity identified above received the Court's Order requiring attendance at a status conference to assure compliance with the electronic noticing requirements of Federal Rule of Bankruptcy Procedure 9036. The Order authorizes the filing of this statement in lieu of attendance at the status conference.

      The entity identified above registered for electronic bankruptcy noticing on April 5, 2023. The entity has attached to this statement a copy of the confirmation email it received from the Bankruptcy Noticing Center reflecting that it has completed its registration for electronic noticing. By registering for electronic bankruptcy noticing, the entity has agreed to receive its bankruptcy notices from the U.S. Bankruptcy Courts at the email address identified on the attached confirmation email from the Bankruptcy Noticing Center.

      The individual signing this statement represents that the individual is an authorized agent of the entity identified above.

      Dated this 13th day of April 2023.

                                        */s/ Jessica J. Fotinos*
                                        General Counsel and Public Information Officer
                                        Clerk of the Superior Court for Maricopa County

| | |
|---|---|
| **From:** | EBN (US) <ebn@baesystems.com> |
| **Sent:** | Thursday, April 6, 2023 11:43 AM |
| **To:** | COC Billing And Deferral; EBN (US) |
| **Subject:** | [POSITIVE SPAM]RE: BNC E-mail confirmation check test to TP 35983 [p-192552556] |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Hello,

The initial email is the only confirmation we send.

If you have any questions, please let us know at ebn@baesystems.com.

Electronic Bankruptcy Noticing Customer Service
1-877-837-3424
https://bankruptcynotices.uscourts.gov

**From:** Bryan Romero (COC) <Bryan.Romero@Maricopa.Gov> **On Behalf Of** COC Billing And Deferral
**Sent:** Thursday, April 6, 2023 12:22 PM
**To:** EBN (US) <ebn@baesystems.com>
**Subject:** FW: BNC E-mail confirmation check test to TP 35983 [p-192552556]

### External Email Alert

**This email has been sent from an account outside of the BAE Systems network.**

Please treat the email with caution, especially if you are requested to click on a link, decrypt/open an attachment, or enable macros. For further information on how to spot phishing, access "Cybersecurity OneSpace Page" and report phishing by clicking the button "Report Phishing" on the Outlook toolbar.

Good morning,

Is it possible to get confirmation that the Clerk of Superior Court has been set up to receive E-notices of bankruptcies?

Thank you,
Bryan

**From:** Bryan Romero (COC) **On Behalf Of** COC Billing And Deferral
**Sent:** Wednesday, April 5, 2023 12:23 PM
**To:** ebn@baesystems.com
**Subject:** RE: BNC E-mail confirmation check test to TP 35983 [p-192552556]

Hello,

The information below is correct.

Thank you,

Bryan Romero
**Court Operations Supervisor**



Maricopa County Clerk Of Superior Court
**Billing and Deferral Unit**
201 W Jefferson St
Phoenix, AZ 85003
**Tel: 602-37-CLERK (25375)**

CONFIDENTIALITY NOTICE: This message, with any attachments, is intended only for the use of the individual or entity to whom it is addressed, and may contain information that is confidential and exempt from disclosure. If you are not the intended recipient, any dissemination, distribution, or copying of this message or any attachment is strictly prohibited. If you have received this message in error, please notify the original sender immediately by return E-mail and delete this message and all attachments. Thank you.

---

**From:** ebn@baesystems.com <ebn@baesystems.com>
**Sent:** Wednesday, April 5, 2023 11:38 AM
**To:** COC Billing And Deferral <COCBillingAndDeferral@maricopa.gov>
**Subject:** BNC E-mail confirmation check test to TP 35983 [p-192552556]

```
**IMMEDIATE ACTION REQUIRED FOR ELECTRONIC BANKRUPTCY NOTICING** TP 35983
```

The Bankruptcy Noticing Center (BNC) has received your update form.

This email is being sent to you to confirm that you did request an update. In doing so it also allows the BNC to confirm changes made are correct.

**You "must" reply back to this email in order for the BNC to ensure your agreement has been updated.**

This is to confirm your updated Trading Partner (TP) information.

TP Number: 35983

TP Name: CLERK OF SUPERIOR COURT

Email address to receive notices: cocbillingdeferrals@mail.maricopa.gov

The BNC would like to thank you for choosing to stay "Green".   arobinson